IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | § |
| | § |
| | § |
| Plaintiff, | § |
| | § |
| and | § |
| | § |
| MAGALI VILLALOBOS, | § |
| | § |
| Plaintiff-Intervenor | § |
| | § |
| v. | § |
| | § CIVIL ACTION NO.  4:15-cv-02782 |
| RYAN'S POINTE HOUSTON, LLC | § |
| | § |
| and | § |
| | § |
| ADVANTAGE PROPERTY MANAGEMENT, LLC, | § |
| | § |
| | § |
| Defendant. | § |

## SETTLEMENT AGREEMENT[1]

On S e p t e m b e r  24, 2015, the U.S. Equal Employment Opportunity Commission ("Commission" or "EEOC") filed this action, later amended on October 13, 2015, against Defendants Ryan's Pointe Houston, LLC and Advantage Property Management, LLC ("Defendants"). This action is hereafter referred to as the "Lawsuit." The EEOC alleged in the Lawsuit that Defendants had discriminated against Magali Villalobos because of her pregnancy and national origin (Mexican) when it discharged her on or about March 21, 2012, in violation of Title VII of the Civil Rights Act of 1964 ("Title VII").  Magali Villalobos ("Intervenor")

---

[1] Hereafter called "Agreement" or "Settlement Agreement." This is a settlement agreement.  This is not a Consent Decree.

timely intervened in this action. Defendants deny all allegations asserted against the Defendants in this Lawsuit.

In the interests of resolving this matter, to avoid the costs of trial, and as a result of having engaged in extensive negotiations and litigation for nearly 10 years, the parties wish to settle the case.

The parties stipulate to the jurisdiction of the Court in the Lawsuit.

Defendants assert that they currently have no employees.

This Agreement is reasonable and just in accordance with the Federal Rules of Civil Procedure and Title VII.

## **GENERAL PROVISIONS**

1.     This Agreement constitutes full discharge and satisfaction of all claims which have been alleged in the Complaint filed by the EEOC as well as the satisfaction of all claims filed by the Intervenor in the Lawsuit.

2.     The EEOC, Intervenor, and Defendant shall bear their own attorney's fees and costs incurred in connection with this action.

3.     Severability - If one or more provisions of this Agreement are rendered unlawful or unenforceable by act of Congress or by decision of the United States Supreme Court, the Parties shall attempt to agree upon what amendments to this Agreement, if any, are appropriate to effectuate the purposes of this Agreement. In any event, the unaffected provisions will remain enforceable.

## **DEFINITIONS**

4.     "Defendants" or "Defendant" means and refers to Defendant Ryan's Pointe Houston, LLC and Defendant Advantage Property Management, LLC.

5.      "Commission" or "EEOC" is the U.S. Equal Employment Opportunity Commission, an agency of the United States Government.

6.      The "Plaintiff-Intervenor" is Magali Villalobos.

7.      "Day" or "days" means calendar days.

8.      "Effective Date" - The Effective Date of this Settlement Agreement is the date on which the fully executed Agreement is filed with the Court.

9.      "Court" refers to the Houston division of the U.S. District Court for the Southern District of Texas.

<u>**TERMS OF SETTLEMENT AGREEMENT**</u>

10.     As a part of this Agreement, Defendants shall comply with Title VII and shall not engage in any employment practice that unlawfully discriminates against its employees on the basis of national origin or pregnancy in violation of Title VII.

11.     Defendants agree to pay Magali Villalobos the total gross sum of Twenty Thousand Four Hundred and Twenty Dollars ($20,420.00) by way of check or checks payable to Intervenor and her attorney ("Settlement Check"). This payment will be made within twenty (20) business days from the later of the filing of this Agreement with the Court, or Villalobos' execution and delivery to counsel for Defendants of a signed Settlement Agreement and Release between Ryan's Pointe Houston, LLC, Advantage Property Management, LLC and Magali Villalobos ("Mutual Release of Claims"). The Settlement Check will be delivered to Intervenor's attorney by the Defendants, and a copy of the Settlement Check will be mailed to the EEOC no later than three (3) business days from the date the Settlement Check is delivered to Intervenor's attorney. The

EEOC copy of the Settlement Check will be delivered to the following address: Lloyd Van Oostenrijk, EEOC Houston District Office, 1919 Smith Street, 7th Floor, Houston, Texas 77002.

## EEOC's REPORTING REQUIRMENTS UNDER INTERNAL REVENUE CODE SECTIONS 162 (F) and 6050X

12.    So that the EEOC can comply with its reporting requirements to the IRS, within ten (10) days of the filing of this Agreement, Advantage Property Management LLC ("Advantage") shall provide the EEOC with (a) Advantage's EINs, and (b) the full name of the individual and the physical address to whom the EEOC should mail a copy of the form 1098-F, if the EEOC is required to issue one. The identified individual will be a representative of Advantage.

13.    The EEOC has made no representations regarding the treatment of any amount paid pursuant to this Settlement Agreement under the Internal Revenue Code.

14.    The provision of Form 1098-F by the EEOC does not mean that the requirements to claim a deduction under the Internal Revenue Code have been met.

15.     Any decision about a deduction pursuant to the Internal Revenue Code will be made solely by the IRS without any input from the EEOC.

16.    Defendants are not acting in reliance on any representations made by the EEOC regarding whether the amounts paid pursuant to this Agreement qualify for a deduction under the Internal Revenue Code.

17.    Nothing in this Agreement shall prohibit Villalobos from speaking to the EEOC.

18.    The persons executing this Agreement hereby certify that they are a party to this Agreement or the duly authorized representatives of the respective parties to this Agreement and that they are fully authorized to execute this Agreement for themselves, or the party they

represent and for the purposes stated herein and to effectuate the mutual agreements set forth herein.

19.     Within seven (7) business days of Intervenor's Counsel informing the EEOC and Defendants in writing that the Settlement Check has been received and cleared either his or Villalobos's bank, the EEOC, Defendants, and Intervenor will file the Agreed Voluntary Stipulation of Dismissal to dismiss this case With Prejudice pursuant to Federal Rule of Civil Procedure 41 ("Stipulation").  A copy of the form of the Stipulation to be signed and filed is attached hereto as Exhibit 1.

20.     This Agreement may be executed in multiple counterparts. The parties will file a conformed copy of this Agreement with the Court and ask the court to retain jurisdiction over the Agreement for six months from its Effective Date.


*(The remainder of this page is blank)*

**Agreed and Approved:**

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
    1919 Smith Street, 7th Floor
    Houston, Texas 77002
    Telephone: (346) 327-7718
    Facsimile: (713) 651-4995

    By Its Attorneys:

    Rudy L. Sustaita
    Regional Attorney
    Texas Bar no. 19523560
    Federal Bar ID No. 11850
    rudy.sustaita@eeoc.gov

    Lloyd S. van Oostenrijk
    Attorney-in-Charge
    Texas Bar No. 24056467
    Federal ID No. 695844
    lloyd.vanoostenrijk@eeoc.gov

**ATTORNEYS FOR THE PLAINTIFF EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**Agreed:**

**INTERVENOR**

_____
**Magali Villalobos**

**Approved:**

By: _____

      David G. Langenfeld
      Attorney-in-Charge
      State Bar No. 11911325
      Fed. ID No. 15878
      LEICHTER LAW FIRM
      1602 East 7th Street
      Austin, TX 78702
      Tel.: (512) 495-9995
      Fax: (512) 482-0164
      Email: david@leichterlaw.com

**ATTORNEYS FOR INTERVENOR MAGALI VILLALOBOS**

**Agreed:**

_____

**Ryan's Pointe Houston, LLC**
Hayman Advisors Real Estate, LLC, Managing Member of Ryan's Pointe Houston LLC
Hayman Holdings, LLC, Managing Member of Hayman Advisors Real Estate, LLC
Robert Hayman, Managing Member of Hayman Holdings, LLC

_____

**Advantage Property Management, LLC**
Hayman Advisors Real Estate, LLC, Managing Member of Advantage Property Management LLC
Hayman Holdings, LLC, Managing Member of Hayman Advisors Real Estate, LLC
Robert Hayman, Managing Member of Hayman Holdings, LLC

**Approved:**

**By:** _Thomas M. Pickford_____

      **Thomas M. Pickford**
      State Bar No. 15986000
      Federal ID No. 19450
      **Courtney E. Palm**
      State Bar No. 24041641
      Federal ID No. 36917
      **HOOVER SLOVACEK LLP**
      Galleria Tower II
      5051 Westheimer, Suite 1200
      Houston, Texas 77056
      Telephone: (713) 977-8686
      Facsimile: (713) 977-5395

**ATTORNEY FOR DEFENDANTS RYAN'S POINTE HOUSTON, LLC AND ADVANTAGE PROPERTY MANAGEMENT, LLC**

# EXHIBIT  1

(Form of the Agreed Voluntary Stipulation of Dismissal With Prejudice pursuant to Federal

Rule of Civil Procedure 41.(1))

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | § § § |
| Plaintiff, | § § |
| and | § § |
| MAGALI VILLALOBOS, | § § |
| Plaintiff-Intervenor | § § |
| v. | § § CIVIL ACTION NO.  4:15-cv-02782 |
| RYAN'S POINTE HOUSTON, LLC | § § |
| and | § § |
| ADVANTAGE PROPERTY MANAGEMENT, LLC, | § § § |
| Defendant. | |

**RULE 41 AGREED VOLUNTARY STIPULATION OF DISMISSAL WITH PREJUDICE**

NOW COMES the Plaintiff, Equal Employment Opportunity Commission, the

Plaintiff-Intervenor, Magali Villalobos, and the Defendants Ryan's Pointe Houston, LLC and

Advantage Property Management, LLC and files this Agreed Voluntary Stipulation of

Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41 and would state as follows:

The parties have settled this action, and the settlement agreement has been filed with

the Court ("Settlement Agreement").

Pursuant to the Settlement Agreement filed with the Court and in compliance with the

Court's Order (Dkt. 239) the parties stipulate that all claims and causes of action brought in

this Lawsuit are Dismissed With Prejudice.

Specifically, but without limitation, all claims and causes of action brought by the Equal Employment Opportunity Commission herein are Dismissed with Prejudice.

Specifically, but without limitation, all claims and causes of action brought by Magali Villalobos herein are Dismissed with Prejudice.

The Parties agree that the Court retains jurisdiction over the Settlement Agreement for a period of six (6) months after the effective date of the Settlement Agreement on file with the Court.

WHEREFORE, the Parties file this Stipulation of Voluntary Dismissal With Prejudice of all claims and causes of action in this lawsuit and the Plaintiff, and Plaintiff-Intervenor hereby dismiss the above-captioned action against the Defendants with Prejudice.

**Agreed To and So Stipulated:**

_____

Rudy L. Sustaita
Regional Attorney
Texas Bar no. 19523560
Federal Bar ID No. 11850
rudy.sustaita@eeoc.gov


_____

Lloyd S. Van Oostenrijk
Attorney-in-Charge EEOC
1919 Smith Street, 7th Floor
Houston, Texas 77002
Telephone: (346) 327-7718
Facsimile: (713) 651-4995
Texas Bar No. 24056467
Federal ID No. 695844
lloyd.vanoostenrijk@eeoc.gov


**ATTORNEYS FOR THE PLAINTIFF EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**Agreed To and So Stipulated:**

_____

David G. Langenfeld
Attorney-in-Charge
State Bar No. 11911325
Fed. ID No. 15878
LEICHTER LAW FIRM
1602 East 7th Street
Austin, TX 78702
Tel.: (512) 495-9995
Fax: (512) 482-0164
Email: david@leichterlaw.com

**ATTORNEYS FOR INTERVENOR MAGALI VILLALOBOS**


**Agreed To and So Stipulated:**

_____

**Thomas M. Pickford**
State Bar No. 15986000
Federal ID No. 19450
**Courtney E. Palm**
State Bar No. 24041641
Federal ID No. 36917
**HOOVER SLOVACEK LLP**
Galleria Tower II
5051 Westheimer, Suite 1200
Houston, Texas 77056
Telephone: (713) 977-8686
Facsimile: (713) 977-5395

**ATTORNEY FOR DEFENDANTS RYAN'S POINTE HOUSTON, LLC AND ADVANTAGE PROPERTY MANAGEMENT, LLC**